| | |
|---|---|
| 1 | THE COLE LAW FIRM |
| 2 | STEPHEN N. COLE (SB #53319)<br>3410 Industrial Blvd., Suite 100<br>West Sacramento, CA 95691 |
| 3 | Telephone:   (916) 376-0486<br>Facsimile:    (916) 376-0478 |

Attorneys for Plaintiff
Amtrust North America

Shook, Hardy & Bacon L.L.P.
JOHN R. MEEHAN (SB #125414)
One Montgomery, Suite 2700
San Francisco, CA 94104
Telephone:   (415) 544-1900
Facsimile:    (415) 391-0281

Attorneys for Defendant
Johnson Controls Fire Protection LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Wesco Insurance Company, | Case No.: 3:18-cv-00726-VC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Johnson Controls Fire Protection LP,<br>DOES 1 to 10, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to F.R.C.P. 41(a)(1), inclusive of the claims, counterclaims, and crossclaims of Johnson Controls Fire Protection LP. Each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED: July 25, 2018 | THE COLE LAW FIRM |
| | By _____/s/_____<br>Stephen N. Cole<br>Attorneys for Plaintiff<br>AMTRUST NORTH AMERICA |
| DATED: July 25, 2018 | SHOOK HARDY & BACON, LLP |
| | By _____/s/_____<br>John R. Meehan<br>Attorneys for Defendant<br>Johnson Controls Fire Protection LP |

## **ORDER**

Pursuant to the Stipulation of the parties herein, through their respective attorneys of record, THE FOREGOING IS HEREBY ORDERED.

DATED: _____

_____
Judge for the United States District Court
Northern District Of California