THE COLE LAW FIRM
STEPHEN N. COLE (SB #53319)
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
Telephone:    (916) 376-0486
Facsimile:    (916) 376-0478

Attorneys for Plaintiff
Amtrust North America

Shook, Hardy & Bacon L.L.P.
JOHN R. MEEHAN (SB #125414)
One Montgomery, Suite 2700
San Francisco, CA 94104
Telephone:    (415) 544-1900
Facsimile:    (415) 391-0281

Attorneys for Defendant
Johnson Controls Fire Protection LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wesco Insurance Company, | Case No.: 3:18-cv-00726-VC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Johnson Controls Fire Protection LP, DOES 1 to 10, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to F.R.C.P. 41(a)(1), inclusive of the claims, counterclaims, and crossclaims of Johnson Controls Fire Protection LP. Each party to bear its own attorneys' fees and costs.

- 1 -

1  DATED:  July 25, 2018                THE COLE LAW FIRM

2

3                                       By _____/s/_____
                                           Stephen N. Cole
4                                          Attorneys for Plaintiff
                                           AMTRUST NORTH AMERICA
5

6
   DATED:  July 25, 2018                SHOOK HARDY & BACON, LLP
7

8
                                        By _____/s/_____
9                                          John R. Meehan
                                           Attorneys for Defendant
10                                         Johnson Controls Fire Protection LP

11                                   **<u>ORDER</u>**

12

13        Pursuant to the Stipulation of the parties herein, through their respective attorneys of

14  record, THE FOREGOING IS HEREBY ORDERED.

15  DATED:  July 30, 2018

16

17  _____

18  Judge for the United States District Court
    Northern District Of California

19

20

21

22

23

24

25

26

27

28
STIPULATION FOR DISMISSAL and PROPOSED ORDER
[Case No. 3:18-cv-00726-VC]